IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS H., CELIA H., and REX H.,

    Plaintiffs,

v.

BLUE SHIELD OF CALIFORNIA,

    Defendant.

No. C 18-06708 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks the parties for their joint notice of settlement but cautions that until and dismissal is *filed*, all deadlines and hearings remain viable and in place. Blue Shield's motion for summary judgment remains on calendar for August 1 at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: July 31, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE